IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**
#209415                                                                                            **PLAINTIFF**

**v.**                            **CASE NO. 4:19-CV-00772-BSM**

**MARGIE GRIGSBY**                                                                  **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Jerome T. Kearney's recommended disposition [Doc. No. 25] is adopted. The motion for summary judgment [Doc. No. 21] is granted. Consequently, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2020.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE