IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**
#209415                                                                                                **PLAINTIFF**

v.                              CASE NO. 4:19-CV-00772-BSM

**MARGIE GRIGSBY**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE